Rosemary Missisian, Esq.
Nevada Bar No. 8575
rmissisian@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant US Airways, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOLORES CRAIG,<br><br>    Plaintiff,<br><br>vs.<br><br>US AIRWAYS INC., a Delaware Corporation; DOES I-V and ROE CORPORATIONS VI-X, inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-01195-RFB-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO by and between the respective counsel for the parties herein that Plaintiff Dolores Craig's claims against Defendant US Airways, Inc. are hereby dismissed with prejudice with all parties to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated this 22 day of April, 2016.                Dated this 2 day of May, 2016.

_____                       _____
Alex J. De Castroverde, Esq.                    Rosemary Missisian, Esq.
Kimberly Valentin, Esq.                         Weinberg, Wheeler, Hudgins,
De Castroverde Law Group                            Gunn & Dial, LLC
1149 South Maryland Parkway                     6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89104                             Las Vegas, NV 89118
*Attorneys for Plaintiff*                       *Attorneys for Defendant*
*Dolores Craig*                                 *US Airways, Inc.*

## ORDER

IT IS SO ORDERED.

Dated this 12th day of May, 2016.



RICHARD F. BOULWARE, II
United States District Judge